LINDA S. OSGOOD *v.* ARTHUR M. OSGOOD, JR.
(14078)

Landau, Schaller and Hennessy, Js.

Argued November 30, 1995—decision released January 9, 1996

*William H. Cashman* filed a brief for the appellant (defendant).

*Susan King Shaw,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

SUZANNE M. SEARLES *v.* BOARD OF EDUCATION
OF THE TOWN OF WEST HARTFORD
(13880)

Spear, Hennessy and Freedman, Js.

Argued December 6, 1995—decision released January 9, 1996

*Suzanne M. Searles,* pro se, the appellant (plaintiff).

*Elizabeth Dee Bailey,* assistant corporation counsel, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.